MICHAEL COSENTINO State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501

Telephone:   (510) 523-4702
Facsimile:    (510) 747-1640

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **LILLIAN L. NAILOR** <br> **aka LILLIAN BROWN**, <br> Defendant, <br> and <br> **EEN PROPERTY MANAGEMENT**, <br> Garnishee. | Case No. **C92-1312M** <br><br> **ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

Upon consideration of the United States' Application for Writ of Continuing Garnishment, finding that the Application complies with the requirements of 28 U.S.C. §§ 3203 and 3205, and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment be and hereby is granted.

IT IS FURTHER ORDERED that the Clerk of the Court issue a Writ of Continuing Garnishment to EEN PROPERTY MANAGEMENT as Garnishee for the purpose of garnishing the defendant-judgment debtor's nonexempt disposable earnings.

Dated: July 24, 2015   _____
UNITED STATES MAGISTRATE JUDGE